UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF PAUL NEWMAN,<br><br>        Petitioner,<br>    vs.<br>TERRI GONZALEZ, Warden,<br><br>        Respondent.<br>_____ | Case No. CV 11-1347 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: September 28, 2011        _____
                                                HON. OTIS D. WRIGHT
                                                UNITED STATES DISTRICT JUDGE