1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12   GEOFF PAUL NEWMAN,           )   Case No. CV 11-1347 ODW (MRW)
13                    Petitioner, )
14          vs.                   )   JUDGMENT
15   TERRI GONZALEZ, Warden,      )
16                   Respondent.  )
17   _____  )

18          Pursuant to the Order Accepting Findings and Recommendations of the

19   United States Magistrate Judge,

20          IT IS ADJUDGED that this action is dismissed with prejudice.

21

22   DATE: September 28, 2011      _____

23                                 HON. OTIS D. WRIGHT

24                                 UNITED STATES DISTRICT JUDGE

25
26
27
28